Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 386-3 | **DATE** | 5/25/2012 |
| **CASE TITLE** | United States of America vs. Kendra Spicer | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant Kendra Spicer appears in response to arrest on 5/25/12. Defendant advised of charges and penalties available under the law and informed of her rights. The Court finds defendant is unable to afford counsel. Enter order appointing Beth Gaus from the Federal Defender Program as counsel for defendant for Initial Appearance only. The Government and defendant agree on conditions of release, which the Court accepts. Defendant released on $10,000.00 own recognizance bond with conditions. Enter Order Setting Conditions of Release. The matter is set for a status on preliminary examination hearing before the magistrate judge on 5/31/12 at 9:00 a.m. Defendant is ordered released after processing.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:20 Initial Appearance

| | Courtroom Deputy Initials: | JJ |
|---|---|---|