I, __Kendra Spicer__, have been fully informed of my right to a probable cause / preliminary hearing by my attorney, Beth W. Gaus. I was arrested in case # 12 CR 386 on Friday, May 25, 2012. In consultation with my attorney, Beth W. Gaus of the Federal Defender Program, I choose to waive the probable cause /preliminary hearing, in exchange for early discovery from the government.

*Kendra Spicer*
Kendra Spicer

5-29-12
(dated)